United States Court of Appeals
Fifth Circuit

**F I L E D**

**January 17, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 06-40650
_____

UNITED STATES OF AMERICA

                    Plaintiff - Appellee

          v.

ENRIQUE GUZMAN

                    Defendant - Appellant

----------------------
Appeal from the United States District Court for the
Southern District of Texas, Victoria
----------------------

Before JOLLY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM:*

     IT IS ORDERED that appellant's unopposed motion to summarily

affirm the judgment in part is GRANTED.

     IT IS FURTHER ORDERED that appellant's unopposed motion to

vacate the judgment in part is GRANTED.

     IT IS FURTHER ORDERED that appellant's unopposed motion to

remand case for resentencing in light of Lopez v. Gonzales is

---

*Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

GRANTED.